J.K.M. Medical Care, P.C., as Assignee of Tevin Jackson, Appellant, 
against
Ameriprise Auto & Home Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Kings County (Carol Ruth Feinman, J.), entered May 1, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied.
Plaintiff commenced this action on May 6, 2013 to recover assigned first-party no-fault benefits for medical services that it had provided as a result of a motor vehicle accident that had occurred on May 5, 2011. The injured party, Tevin Jackson, signed an assignment of benefits to plaintiff on May 6, 2011. Defendant purported to schedule an examination under oath (EUO) of the assignor to be held on July 29, 2011, and, upon the assignor's alleged nonappearance, a follow-up EUO on September 12, 2011.
On August 21, 2013, defendant moved for summary judgment dismissing the complaint on the ground that defendant is not obligated to pay assigned first-party no-fault benefits to plaintiff in light of a Supreme Court order and on the additional ground that the assignor had failed to appear for scheduled EUOs. Plaintiff opposed the motion. By order entered May 1, 2014, the Civil Court granted defendant's motion.
For the reasons stated in J.K.M. Med. Care, P.C. as Assignee of Latoya Payne v Ameriprise Ins. Co. (___ Misc 3d ___, 2016 NY Slip Op _____ [appeal No. 2014-1219 K C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied.
Solomon, J.P., Weston and Elliot, JJ., concur.
Decision Date: December 07, 2016